# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LAKELAR RAY COOK**                                                                                     **PLAINTIFF**
**ON BEHALF OF**
**D.M.C., A MINOR**

**V.**                                                **CIVIL ACTION NO. 3:14-CV-00239-SA-DAS**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                    **DEFENDANT**

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The court takes up, *sua sponte*, the dismissal of this case. The Plaintiff has failed to respond in any way since the case was initially filed. The Court's most recent correspondence was returned as undeliverable. The Court cannot process this case in an expeditious manner. As such, this case is hereby **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED, this the 16th day of October, 2015.**

                                                                                     /s/ Sharion Aycock
                                                                                     **UNITED STATES DISTRICT JUDGE**